UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-CR-229 (CJN) |
| TAYLOR TARANTO, | |
| Defendant. | |

### UNITED STATES' MOTION TO DISMISS CERTAIN COUNTS IN THE INDICTMENT WITH PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

The government hereby moves to dismiss Counts Seven, Eight, Nine, Ten, and Eleven with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for the dismissal of these five counts.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068

1