UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-229 (CJN) |
| : | |
| TAYLOR FRANKLIN TARANTO, : | |
| : | |
| Defendant. : | |

### UNITED STATES' RESPONSE TO THE COURT

The United States of America respectfully responds to the Court's January 25, 2025, order seeking the government's views on how to proceed with this case. The government has filed a motion to dismiss with prejudice Counts Seven, Eight, Nine, Ten, and Eleven of the Superseding Indictment (ECF No. 45), citing the Executive Order dated January 20, 2025, granting pardons for offenses related to the events of January 6, 2021, at the U.S. Capitol. A motion to dismiss Count Seven (ECF No. 84), is pending before the Court. The government will continue prosecuting the charges unrelated to January 6 and intends to proceed with the trial that is scheduled to begin on May 12, 2025.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar Number 481866

By:   /s/ Carlos A. Valdivia
Carlos A. Valdivia
DC Bar No. 1019242
Samuel White
NC Bar No. 44908
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
Carlos.Valdivia@usdoj.gov
(202) 252-7508