**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00229-CJN** |
| | * | |
| **TAYLOR TARANTO**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**MOTION FOR AN ATTORNEY INQUIRY HEARING**

Counsel for Taylor Taranto, hereby respectfully move this Honorable Court to schedule a

hearing at which the Court may determine whether counsel appointed under the Criminal Justice Act

should withdraw from representing Mr. Taranto.  Counsel respectfully request that the Court hold

the hearing with Mr. Taranto and his counsel present but outside the presence of the government and

under seal to avoid disclosing attorney-client privileged communications.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 1st day
of April, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**