UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-229 (CJN) |
| | : | |
| TAYLOR FRANKLIN TARANTO, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS COUNT FOUR

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to dismiss Count Four (7 D.C. Code § 2506.1(b)) of the Superseding Indictment without prejudice. In light of the Court's rulings at the hearing held May 5, 2025, the government is using its discretion to dismiss Count Four in the interest of efficiency and justice.

                                                Respectfully submitted,

                                                EDWARD R. MARTIN, JR.
                                                United States Attorney
                                                D.C. Bar Number 481866

By:    */s/ Carlos A. Valdivia*
          Carlos A. Valdivia
          D.C. Bar No. 1019242
          Samuel White
          NC Bar No. 44908
          Assistant United States Attorneys
          601 D Street NW, Fifth Floor
          Washington, D.C. 20530
          E-mail: Carlos.Valdivia@usdoj.gov
          Telephone: (202) 252-7508