IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * | |
| * | |
| vs.     * | Case No. 23-cr-00229-CJN |
| * | |
| **TAYLOR TARANTO**,     * | |
| Defendant     * | |
| * | |

**ooOoo**

**CONSENT MOTION TO CONTINUE SENTENCING
AND SENTENCING DEADLINES**

Taylor Taranto, by his undersigned counsel, hereby respectfully moves this Honorable Court to continue the Sentencing Hearing currently scheduled for August 26, 2025 to September 19, 2025, or a date thereafter available to the Court and counsel. The reason for the request is due to a conflict with counsel's schedule. AUSA Carlos Valdivia consents to this request. Counsel also jointly request that this Honorable Court extend the time for filing sentencing memoranda, with government memorandum due on September 8, 2025; and defendant's memorandum due on September 12, 2025.

1. Undersigned counsel is scheduled to begin a 6-week trial in this district involving four defendants charged in a 21-count indictment with conspiracy to interfere with commerce by robbery ("Hobbs Act conspiracy); conspiracy to distribute controlled substances ("drug conspiracy"); and 19 substantive counts charging individual Hobbs Act robberies and several counts charging use of a firearm, in violation of 18 U.S.C. § 924(c). *United States v. Gause*, No. 23-cr-190 (ABJ).

2. Due to the number and complexity of outstanding issues, Judge Jackson wishes to add a second day to the previously scheduled Pretrial Conference. The only date on which all counsel are available before the start of the trial is August 26, 2025, the date on which this Court had

previously scheduled sentencing.

3.	In order to accommodate the schedule in the *Gause* case, undersigned counsel contacted government counsel in the instant case who graciously consented to a continuance of Mr. Taranto's sentencing.

4.	Government counsel and counsel for Mr. Taranto are available on September 19, 2025 and respectfully request that the Court continue the Taranto sentencing to that date.[1]

5.	Shortly after the verdict on May 20, 2025, this Court released Mr. Taranto until his sentencing hearing. No issues have arisen since that time.

WHEREFORE, for the reasons stated, Mr. Taranto respectfully requests, with the consent of the government, that this Honorable Court continue the August 26, 2025 sentencing hearing to September 19, 2025. Were the Court not available on that date, counsel respectfully request that the Court authorize them to consult with the Court's deputy clerk to identify a date mutually convenient. Counsel jointly also request that the Court extend the time for filing sentencing memoranda to September 8, 2025 for the government; and to September 12, 2025 for Mr. Taranto.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

---

[1] Beginning on September 3, 2025, due to the *Gause* trial undersigned counsel will only be available on designated Fridays.

2

## CERTIFICATE OF SERVICE

    I hereby certify that the instant notice was served via ECF on all counsel of record this 14th day of August, 2025.

                                                               */s/ Carmen D. Hernandez*
                                                               **Carmen D. Hernandez**