**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

     v.

TAYLOR TARANTO,

     *Defendant*.

Criminal Action No. 1:23-cr-00229 (CJN)

## ORDER AMENDING JUDGMENT PURSUANT TO FED. R. CRIM. P. 35(a)

Upon review of the Judgment entered on November 6, 2025, and pursuant to Federal Rule of Criminal Procedure 35(a), the Court finds that the sentence imposed as to Count 5s contained clear error.

It is **ORDERED** that the Judgment is AMENDED as follows:

The term of imprisonment imposed as to Count 5s is reduced from 18 months to 12 months of imprisonment, with credit for time served, which shall run concurrent with counts 2s, 3s, and 6s. Defendant's obligation to pay a $50.00 Special Assessment as to this count remains in effect.

All other conditions of the Judgment dated November 6, 2025, shall remain in full force and effect.

**SO ORDERED**.

DATE: November 6, 2025

CARL J. NICHOLS
United States District Judge