UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TAYLOR TARANTO,**<br><br>Defendant. | Case No. 23-cr-229 |

### NOTICE REGARDING ECF 155

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully takes no position regarding whether the Government's initial sentencing memorandum, ECF 155, should remain under seal.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Jonathan R. Hornok
Assistant United States Attorney
Chief of the Criminal Division

By:  /s/ Travis Wolf
Travis Wolf
N.Y. Bar No. 5483243
Assistant United States Attorneys
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
202-803-1670
Travis.Wolf@usdoj.gov